UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: :19-61536-CIV-DIMITROULEAS

**CEASAR FLETE, on behalf of himself
and others similarly situated,**

    Plaintiff,

v.

**ALL AMERICAN FACILITY MAINTENANCE
INC., A Florida Profit Corporation, and
CHRISTOPHER BREWER, individually,**

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion and Brief in Support of Approval of Settlement [DE 98] (the "Joint Motion"), filed March 12, 2021. The Court has reviewed the Joint Motion and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as fair and reasonable resolution of bona fide disputes over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     The Joint Motion [DE 98] is **GRANTED**;

2.     The Settlement Agreement [DE 98 at Exh. A] is hereby **APPROVED**;

3.     Plaintiffs' claims are **DISMISSED WITH PREJUDICE;**

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 15th day of March, 2021.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided:
Counsel of record